B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re    **Clarence Thomas Martin,**
**Cora Landrum Martin**

                                            Debtors

Case No. ___**10-05817**_____

Chapter_____**13**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 61,675.00 | | |
| B - Personal Property | Yes | 3 | 11,890.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 71,199.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 4 | | 9,722.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 41,792.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,225.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 2,730.00 |
| Total Number of Sheets of ALL Schedules | | 25 | | | |
| Total Assets | | | 73,565.00 | | |
| Total Liabilities | | | | 122,713.00 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re    **Clarence Thomas Martin,**
       **Cora Landrum Martin**

Case No.   **10-05817**

Chapter        **13**

Debtors

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 7,948.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 7,948.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,225.00 |
| Average Expenses (from Schedule J, Line 18) | 2,730.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,715.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 19,252.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 1,774.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 7,948.00 |
| 4. Total from Schedule F | | 41,792.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 68,992.00 |

B6A (Official Form 6A) (12/07)

In re    **Clarence Thomas Martin,**
**Cora Landrum Martin**

Case No. ___**10-05817**___

Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1995 Fleetwood Springhill double wide Mobile Home and 1 acres located at 570 James Waddell Circle, Chesnee, South Carolina in Spartanburg County. Spartanburg County Tax Map # 2 05-00 003.05. Spartanburg County Tax assessed value of mobile home is $32,400.00 and for lot is $4,600.00. This debtors primary residence. This property is also known as 2118 Little Africa Road, Chesnee South Carolina in Spartanburg County. Arreage $7943.00. Payment to resume September 2010 in the amount of $364.00.** | **Fee simple** | **W** | **44,000.00** | **54,955.00** |
| **One acre lot located at 575 James Waddell Circle, Chesnee, South Carolina in spartanburg County. Debtor purchased for $4,000.00. Debtor is several month behind arreage and payments will be place in plan.** | **Fee simple** | **W** | **4,000.00** | **2,022.00** |
| **4.90 Acres Little Africa Road. Spartanburg County Tax Map # 2 05-00 003.08 Spartanburg Tax assessed value $9,775.00. Listed owned by Cora Belle L. Martin** | **Fee simple** | **W** | **9,775.00** | **0.00** |
| **1968 Fleetwood mobile home single wide located at 515 James Waddell Circle, Chesnee, South Carolina. Debtors purchase property on November 26, 2010.**<br><br>**Debtor is in arrears by $1300.00. This is all that is owed and will be paid through Chapter 13 plan.** | **Fee simple** | **W** | **3,900.00** | **1,300.00** |

| | | |
|---|---|---|
| Sub-Total > | **61,675.00** | (Total of this page) |
| Total > | **61,675.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

Office of Tax Collector
SPARTANBURG COUNTY TAX COLLECTOR
POST OFFICE BOX 3060
SPARTANBURG SC 29304 3060

THIS IS THE RETURN IF YOU WISH REMITTANCE TO:
SPARTANBURG COUNTY TAX COLLECTOR
P.O. BOX 3060
SPARTANBURG, S.C. 29304

| RECEIPT NUMBER 062877-09-3 | ASSESSED VALUE | TAX LEVY | PROPERTY TAX | LANDFILL FEE | LESS EXEMPTION | | NET TAX |
|---|---|---|---|---|---|---|---|
| SPARTANBURG COUNTY | 1300 | 335.4 | 436.02 | 47.00 | .00 | | 483.02 |
| CITY/TOWN OF | | | .00 | | .00 | | .00 |

| DISTRICT | REAL ESTATE APPRAISED VALUE | | ASSESS % | | PROPERTY ASSESSMENT REAL | PERSONAL | ** | 257.01 |
|---|---|---|---|---|---|---|---|---|
| 2LWCSF | 32400 | X | 4 | = | 1300 | | | 226.01 |

| MAP REFERENCE NUMBER | | M H NUMBER | | 15% PENALTY | 33.90 |
|---|---|---|---|---|---|
| 2 05-00 003.05 | MH | MH10001 | | | |
| | | | | COST | 120.00 |

DESCRIPTION
570 JAMES WADDELL CIR
1995 FLEETWOOD/SPRIN     *Primary residence M.H.*     PAY THIS AMOUNT   379.91

HAMPTON CORA L
HAMPTON CORA L
PO BOX 1186
ROEBUCK SC 29376

** SCHOOL TAX CREDIT

INITIALS

TAX YEAR 2009                    CUSTOMER COPY          DATE PAID

---

TAX NOTICE

RECEIPT NUMBER: 062877-09-3          MAP NUMBER: 2 05-00 003.05          TAX YEAR: 2009

NAME: HAMPTON CORA L                 TOTAL DUE:      379.91

ADDRESS:                             DESCRIPTION:
HAMPTON CORA L
PO BOX 1186                          570 JAMES WADDELL CIR
ROEBUCK SC 29376                     1995 FLEETWOOD/SPRIN

** SCHOOL TAX CREDIT

DUPLICATE

---

Office of Tax Collector
SPARTANBURG COUNTY TAX COLLECTOR
POST OFFICE BOX 3060
SPARTANBURG SC 29304 3060

TAX NOTICE

| RECEIPT NUMBER 062877-09-3 | ASSESSED VALUE | TAX LEVY | PROPERTY TAX | LANDFILL FEE | LESS EXEMPTION | | NET TAX |
|---|---|---|---|---|---|---|---|
| SPARTANBURG COUNTY | 1300 | 335.4 | 436.02 | 47.00 | .00 | | 483.02 |
| CITY/TOWN OF | | | .00 | | .00 | | .00 |

| DISTRICT | REAL ESTATE APPRAISED VALUE | | ASSESS % | | PROPERTY ASSESSMENT REAL | PERSONAL | ** | 257.01 |
|---|---|---|---|---|---|---|---|---|
| 2LWCSF | 32400 | X | 4 | = | 1300 | | | 226.01 |

| MAP REFERENCE NUMBER | | M.H. NUMBER | | 15% PENALTY | 33.90 |
|---|---|---|---|---|---|
| 2 05-00 003.05 | MH | MH10001 | | COST | 120.00 |

DESCRIPTION
570 JAMES WADDELL CIR
1995 FLEETWOOD/SPRIN                  PAY THIS AMOUNT   379.91

HAMPTON CORA L
HAMPTON CORA L
PO BOX 1186
ROEBUCK SC 29376

** SCHOOL TAX CREDIT

INITIALS

TAX YEAR 2009                    FILE COPY            DATE PAID

Office of Tax Collector — DETACH AND RETURN THIS NOTICE WITH REMITTANCE TO:
SPARTANBURG COUNTY TAX COLLECTOR
POST OFFICE BOX 3060
SPARTANBURG SC 29304 3060

SPARTANBURG COUNTY TAX COLLECTOR
P.O. BOX 3060
SPARTANBURG, S.C. 29304

| RECEIPT NUMBER | ASSESSED VALUE | TAX LEVY | PROPERTY TAX | LANDFILL FEE | LESS EXEMPTION | | NET TAX |
|---|---|---|---|---|---|---|---|
| 095759-09-3 | | | | | | | |
| SPARTANBURG COUNTY | 180 | 335.4 | 60.37 | | .00 | ** | 60.37 |
| CITY/TOWN OF | | | .00 | | .00 | | .00 |

| DISTRICT | REAL ESTATE APPRAISED VALUE | ASSESS % | PROPERTY ASSESSMENT | | | | |
|---|---|---|---|---|---|---|---|
| | | | REAL | PERSONAL | | | |
| 2LWCSF | 4600 X | 4 = | 180 | | | | |

| MAP REFERENCE NUMBER | M H NUMBER |
|---|---|
| 2 05-00 003.05 | |

DESCRIPTION
570 JAMES WADDELL    AD#10-05910

** -                  35.59
                      24.78
15% PENALTY            3.72

COST                 120.00

PAY THIS AMOUNT      148.50

MARTIN CORA BELLE L
MARTIN CORA BELLE L
PO BOX 1186
ROEBUCK SC 29376-1186

*Primary residence Lot: See attached deed.*

** SCHOOL TAX CREDIT

INITIALS

TAX YEAR  2009

DATE PAID

CUSTOMER COPY

---

TAX NOTICE

RECEIPT NUMBER: 095759-09-3          MAP NUMBER: 2 05-00 003.05      TAX YEAR: 2009

NAME: MARTIN CORA BELLE L            TOTAL DUE:      148.50

ADDRESS:                             DESCRIPTION:
MARTIN CORA BELLE L
PO BOX 1186                          570 JAMES WADDELL    AD#10-05910
ROEBUCK SC 29376-1186

** SCHOOL TAX CREDIT

DUPLICATE

---

Office of Tax Collector
SPARTANBURG COUNTY TAX COLLECTOR
POST OFFICE BOX 3060
SPARTANBURG SC 29304 3060

TAX NOTICE

| RECEIPT NUMBER | ASSESSED VALUE | TAX LEVY | PROPERTY TAX | LANDFILL FEE | LESS EXEMPTION | | NET TAX |
|---|---|---|---|---|---|---|---|
| 095759-09-3 | | | | | | | |
| SPARTANBURG COUNTY | 180 | 335.4 | 60.37 | | .00 | ** | 60.37 |
| CITY/TOWN OF | | | .00 | | .00 | | .00 |

| DISTRICT | REAL ESTATE APPRAISED VALUE | ASSESS % | PROPERTY ASSESSMENT | | | | |
|---|---|---|---|---|---|---|---|
| | | | REAL | PERSONAL | | | |
| 2LWCSF | 4600 X | 4 = | 180 | | | | |

| MAP REFERENCE NUMBER | M H NUMBER |
|---|---|
| 2 05-00 003.05 | |

DESCRIPTION
570 JAMES WADDELL    AD#10-05910

** -                  35.59
                      24.78
15% PENALTY            3.72

COST                 120.00

PAY THIS AMOUNT      148.50

MARTIN CORA BELLE L
MARTIN CORA BELLE L
PO BOX 1186
ROEBUCK SC 29376-1186

** SCHOOL TAX CREDIT

INITIALS

TAX YEAR  2009

DATE PAID

FILE COPY

Office of Tax Collector                                          PLEASE RETURN THIS PORTION WITH REMITTANCE TO:
SPARTANBURG COUNTY TAX COLLECTOR                                 SPARTANBURG COUNTY TAX COLLECTOR
POST OFFICE BOX 3060                                             P.O.BOX 3060
SPARTANBURG SC 29304 3060                                        SPARTANBURG, S.C. 29304

| RECEIPT NUMBER 095760-09-3 | ASSESSED VALUE | TAX LEVY | PROPERTY TAX | LANDFILL FEE | LESS EXEMPTION | | NET TAX |
|---|---|---|---|---|---|---|---|
| SPARTANBURG COUNTY | 590 | 335.4 | 197.89 | | .00 | | 197.89 |
| CITY/TOWN OF | | | .00 | | .00 | | .00 |

| DISTRICT | REAL ESTATE APPRAISED VALUE | ASSESS % | PROPERTY ASSESSMENT | | | |
|---|---|---|---|---|---|---|
| | | | REAL | PERSONAL | | |
| 2LWCSF | 9775 X | 6 = | 590 | | | |

| MAP REFERENCE NUMBER | M H NUMBER |
|---|---|
| 2 05-00 003.08 | |

**DESCRIPTION**
LITTLE AFRICA RD    AD#10-05911

|  | |
|---|---|
| | 197.89 |
| 15% PENALTY | 29.68 |
| COST | 120.00 |
| PAY THIS AMOUNT | 347.57 |

MARTIN CORA BELLE L
MARTIN CORA BELLE L
PO BOX 1186
ROEBUCK SC 29376-1186

\* 4.90 acres

TAX YEAR 2009

**CUSTOMER COPY**

INITIALS

DATE PAID

---

TAX NOTICE

RECEIPT NUMBER: 095760-09-3        MAP NUMBER: 2 05-00 003.08        TAX YEAR: 2009

NAME: MARTIN CORA BELLE L        TOTAL DUE:        347.57

ADDRESS:                                   DESCRIPTION:
MARTIN CORA BELLE L
PO BOX 1186                                 LITTLE AFRICA RD    AD#10-05911
ROEBUCK SC 29376-1186

*Non primary. 4.9 acres : See attached deed.*

**DUPLICATE**

---

TAX NOTICE

Office of Tax Collector
SPARTANBURG COUNTY TAX COLLECTOR
POST OFFICE BOX 3060
SPARTANBURG SC 29304 3060

| RECEIPT NUMBER 095760-09-3 | ASSESSED VALUE | TAX LEVY | PROPERTY TAX | LANDFILL FEE | LESS EXEMPTION | | NET TAX |
|---|---|---|---|---|---|---|---|
| SPARTANBURG COUNTY | 590 | 335.4 | 197.89 | | .00 | | 197.89 |
| CITY/TOWN OF | | | .00 | | .00 | | .00 |

| DISTRICT | REAL ESTATE APPRAISED VALUE | ASSESS % | PROPERTY ASSESSMENT | | | |
|---|---|---|---|---|---|---|
| | | | REAL | PERSONAL | | |
| 2LWCSF | 9775 X | 6 = | 590 | | | |

| MAP REFERENCE NUMBER | M H NUMBER |
|---|---|
| 2 05-00 003.08 | |

**DESCRIPTION**
LITTLE AFRICA RD    AD#10-05911

|  | |
|---|---|
| | 197.89 |
| 15% PENALTY | 29.68 |
| COST | 120.00 |
| PAY THIS AMOUNT | 347.57 |

MARTIN CORA BELLE L
MARTIN CORA BELLE L
PO BOX 1186
ROEBUCK SC 29376-1186

INITIALS

DATE PAID

TAX YEAR 2009        **FILE COPY**

DEED 70 - Z PAGE 0069

DEED 70 - Z PG 0 6 9

GRANTEE'S ADDRESS: RECORDED

'99 NOV 15 AM 10: 21

P.O. Box 1186

Roebuck, SC 29376

SPARTANBURG, S.C

'99 15 AM 10.20

EXEMPT
DEED OF REAL ESTATE

## STATE OF SOUTH CAROLINA

WHEREAS, by deed recorded in Deed Book 62-E at Page 525, R.M.C Office for Spartanburg County, it was intended that the property described therein be conveyed to Cora Belle L. Hampton (now Cora Belle L. Martin) but because of discrepancies contained therein, some question has been raised as to the sufficiency of the deed;

WHEREAS, prior to his death, Otha Daniel Landrum agreed to sell to Cora Belle L. Hampton (now Cora Belle L. Martin) a tract of land containing 4.90 acres, more or less, for which the said Cora Belle L. Hampton did pay to Otha Daniel Landrum the sum of $2,500.00, but by oversight, a deed was never executed transferring title to the property to Cora Belle L. Hampton.

WHEREAS, Otha Daniel Landrum died testate on September 14, 1998, and Joseph Allen Landrum is the duly appointed Personal Representative of the Estate, as shown by Estate File No. 98-ES-42-01277 in the Office of the Probate Judge for Spartanburg County;

WHEREAS, Mary J. Landrum has conveyed all her right, title and interest in and to the below-described property, along with other property contained in the estate, to Joseph Allen Landrum, as Personal Representative of the Estate of Otha Daniel Landrum, Deceased, by deed recorded in Deed Book 70-X at Page 45, R.M C. Office for Spartanburg County; and

WHEREAS, Joseph Allen Landrum, as Personal Representative of the Estate of Otha Daniel Landrum, Deceased, and Coy Caston Landrum, Glen Corroll Landrum, Barbara Electa Landrum, Linda Marie L. Littlejohn, Carolyn Lucille L. Frye, Sallie Othella Landrum and Landrum Farms, Inc., being all the devisees under the Will of Otha Daniel Landrum, now desire to correct the above-referenced deed so as to remove all question as to the sufficiency of title to the property described therein in Cora Belle L. Hampton, and further desire to acknowledge that title to the above-mentioned 4.90 acres rightly belongs to Cora Belle L. Martin, formerly Cora Belle L. Hampton, and rendered this conveyance in order to establish such ownership of record;

NOW, THEREFORE, KNOW ALL MEN BY THESE PRESENTS, that **JOSEPH ALLEN LANDRUM, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF OTHA DANIEL LANDRUM, COY CASTON LANDRUM, GLEN CORROLL LANDRUM, BARBARA ELECTA LANDRUM, LINDA MARIE L. LITTLEJOHN, CAROLYN LUCILLE L. FRYE, SALLIE OTHELLA LANDRUM and LANDRUM FARMS, INC.**, referred to as Grantors, in consideration of the sum of **Two Thousand Five Hundred ($2,500.00) Dollars and Correction of Deed** to the Grantors in hand paid by **CORA BELLE L. MARTIN**, hereinafter referred to as Grantee, the receipt whereof is hereby acknowledged, has granted, bargained, sold and released and by these presents does grant, bargain, sell and release unto Grantee, her heirs and assigns forever.

RMC 1C9311159980025          $10.00 +

DEED 70 - Z PG 070

All that certain piece, parcel or lot of land situate, lying and being in the State of
South Carolina, County of Spartanburg, on S. C. Highway No. 658, containing 1.00
acre, more or less, and being shown and designated as Lot No 2 on plat of survey for
"Otha D. Landrum" prepared by Neil R. Phillips, P.L.S., dated October 11, 1994 and
recorded in Plat Book 127 at Page 693, R.M.C. Office for Spartanburg County  For
a more particular description, reference is hereby made to the aforesaid plat

This is a portion of the property conveyed to Otha Daniel Landrum by deed of
Murvelle Della L. Rogers, et al. recorded on December 31, 1991 in Deed Book 58-K
at Page 596, R.M C  Office for Spartanburg County.

Block Map Reference.  2 05-00 003.05

ALSO, all that certain piece, parcel or lot of land situate, lying and being in the State
of South Carolina, County of Spartanburg, containing 4 90 acres, more or less, as
shown on plat prepared for Cora L  Martin by B.E. Huskey, P.L S., dated May 16,
1996, which plat will be recorded herewith in the R.M.C. Office for Spartanburg
County.

This is a portion of the property conveyed to Otha Daniel Landrum by deed of
Murvelle Della L. Rogers, et al. recorded on December 31, 1991 in Deed Book 58-K
at Page 596, R.M.C. Office for Spartanburg County.

Block Map Reference: P/O 2 05-00 003.00

TOGETHER with all and singular the rights, members, hereditaments and appurtenances to
the said premises belonging, or in anywise incident or appertaining;

TO HAVE AND TO HOLD ALL and singular the premises before mentioned unto Grantee,
her heirs and assigns forever

AND Grantor does hereby bind Grantor and Grantor's successors and assigns to warrant and
forever defend all and singular said premises unto Grantee and Grantee's heirs and assigns against
Grantor and Grantor's successors and against every person whomsoever lawfully claiming or to claim
the same or any part thereof except, however, against claims by persons under any protective
covenants, conditions, restrictions, rights of way, easements or privileges set forth or referred to
herein or of public record, or any of the same shown, noted or referred to on any recorded plat
mentioned in any deed in the record chain of title or on any plat referred to herein

THE WORDS "Grantor" and "Grantee" herein, and pronouns relating to them include all
genders, singular or plural, and persons, corporations, organizations and associations.

DEED70 - ZPG071

WITNESS Grantor's hand and seal this *15th* day of November, 1999.

WITNESSES:

_Joseph Allen Landrum_ _____ (SEAL)
Joseph Allen Landrum, as Personal Representative
of the Estate of Otha Daniel Landrum

_Coy Caston Landrum_ (SEAL)
Coy Caston Landrum

_Glen Corroll Landrum_ (SEAL)
Glen Corroll Landrum

_Barbara Electa Landrum_ (SEAL)
Barbara Electa Landrum

_Linda Marie L. Littlejohn_ (SEAL)
Linda Marie L. Littlejohn

_Carolyn Lucille L. Frye_ (SEAL)
Carolyn Lucille L. Frye

_Sallie Othella Landrum_ (SEAL)
Sallie Othella Landrum

LANDRUM FARMS, INC.    (SEAL)

BY _Coy C Landrum_ _____
Its PRESIDENT

THIS DOCUMENT
MARGINAL
FOR IMAGING

DEED70 - Z PG 072

PROBATE

      Personally appeared the undersigned witness and made oath that (s)he saw the within named
Grantors, sign, seal and as the Grantors' act and deed deliver the within written Deed and that (s)he,
with the other witness whose name is subscribed above, witnessed the execution thereof

SWORN TO and subscribed before
me in Spartanburg County, South
Carolina this 12th day of November, 1999

_____ (SEAL)
Notary Public for South Carolina
My Commission Expires: April 26, 2003

g:\realest\landtrst.martin

DEE070- ZPG073

STATE OF SOUTH CAROLINA)

COUNTY OF SPARTANBURG)                              AFFIDAVIT

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says

1        Property located at _Lot 2, Plat for Otha D  Landrum___, bearing _Spartanburg_____ County, Tax Map Number
_2 05-00 003.05____, was transferred by _Joseph Allen Landrum, as Personal Representative of the Estate of Otha
Daniel Landrum, Coy Caston Landrum, Glen Corroll Landrum, Barbara Elecia Landrum, Linda Marie L. Littlejohn, Carolyn
Lucille L. Frye, Sallie Othella Landrum and Landrum Farms, Inc._____ to _Cora Belle L. Martin_____ on
NOVEMBER 12, 1999.

The transaction was (Check one)·

_____   an arm's length real property transaction and the sales price paid or to be paid in money or money's worth was
$_____*

___X___   not an arm's length real property transaction and the fair market value of the property is $_____*

The above transaction is exempt from the recording fee as set forth in S C. Code Ann  Section 12-24-10 et.seq  because·

_____   Not Applicable

_____   GRANTEE is (Spouse) (Child) (Parent) (Sister) (Brother) (Grandparent) (Grandchild/Grandchildren) of
GRANTOR

___X___   Other.   _Corrective Deed_____

As required by Code Section 12-24-70, I state that I am a responsible person who was connected with the transaction as
_PURCHASER_____

I further understand that a person required to furnish this affidavit who wilfully furnishes a false or fraudulent affidavit is
guilty of a misdemeanor and, upon conviction, must be fined not more than one thousand dollars or imprisoned not more than
one year, or both.

_Cora L. Martin_____
Purchaser, Legal Representative of the Purchaser, or other Responsible
Person Connected with the Transaction

SWORN to before me this 12th
day of _November_____ 1999.

_____ (SEAL)
Notary Public for South Carolina
My Commission Expires: 12-29-2007

*The fee is based on the real property value.  Value means the realty's fair market value.  In arm's length real property transactions, this value is the sales price
to be paid in money or money's worth (e.g. stocks, personal property, other realty, forgiveness of debt, mortgages assumed or placed on the realty as a result
of the transaction).  However, a deduction is allowed from this value for the amount of any liens or encumbrance existing on land, tenement, or realty before
the transfer and remaining on it after the transfer.

THIS DOCUMENT
MARGINAL
FOR IMAGING

B6B (Official Form 6B) (12/07)

In re    **Clarence Thomas Martin,**
**Cora Landrum Martin**                                              Case No.  ___**10-05817**_____

---
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Average cash on hand** | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Founders Federal Credit Union Checking Account** | J | 125.00 |
| | | **Founders Federal Credit Union Savings account** | J | 25.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Household goods & furnishings** | J | 5,645.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Clothing** | J | 400.00 |
| | | **2 wedding rings, neckless, bracelet  2 glasses, & misc. costume jewelry** | J | 455.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life throught state retirement** | J | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | | **Social Security @ $704.00 per month** | H | Unknown |
| | | **Social Security @ $806.00 per month** | W | Unknown |

|  |  |
|---|---|
| Sub-Total > | 6,750.00 |
| (Total of this page) | |

__3___  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Clarence Thomas Martin,**
         **Cora Landrum Martin**

Case No. ___**10-05817**_____

Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | SC State Retirement $724.00 per month | W | Unknown |
| | | SC State retirement 728.00 per month | H | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Martin Cleaning Service** **See B - 28.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor received a tax refund for 2009. Unknown as to 2010.** | J | Unknown |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >       0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Clarence Thomas Martin,**
    **Cora Landrum Martin**

Case No. _____**10-05817**_____

Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Mazda Tribute VIN # 4F2YU09152KM55176 with 147,903 plus miles** | W | 4,125.00 |
| | | **1998 Chrysler Cirrus with blown motor Debtors will surrender.** | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous supplies for Martin Cleaning Service** | H | 290.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog Labradore** | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >    4,965.00
(Total of this page)

Sheet __**2**__ of __**3**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Clarence Thomas Martin,**
       **Cora Landrum Martin**

Case No. ___**10-05817**___

Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Mazda Tribute VIN # 4F2YU09152KM55176 with 147,903 plus miles** | W | 4,125.00 |
| | | **1998 Chrysler Cirrus with blown motor Debtors will surrender.** | J | 500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Miscellaneous supplies for Martin Cleaning Service** | H | 290.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog Labradore** | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Hand tools, table saw, weed eater** | J | 175.00 |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 5,140.00 |
| Total > | 11,890.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy



**FOUNDERS** FEDERAL CREDIT UNION

*Cera Martin*

09/08/10  11:44 AM   BR:0010

| STMT | 351 -70S | MARTIN/CLARENCE THOMAS |
| BEG DATE: 08/20/10 | | CLOSE DATE: 09/08/10 |

| ENTRY DT | PRCHS DT | TRAN DESC | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 08/25/10 | 08/25/10 | US TREASURY 303 | SOC SEC | 806.00 | 725.36 |
| 08/25/10 | 08/25/10 | (SHWI) | | -625.00 | 100.36 |
| 08/25/10 | 08/25/10 | SHARE DRAFT # | 1554 | -63.00 | 37.36 |
| 09/01/10 | 09/01/10 | DIVIDEND | | .01 | 37.37 |
| | | *END OF LIST* | | | |

LAST CHECK(S) RECEIVED ON 2010/08/31 FOR $1128.90

SIGNATURE _____ _____



**FOUNDERS** FEDERAL CREDIT UNION

*Clarence Martin*

09/08/10  11:44 AM   BR:0022

| STMT | 175445 -00S | MARTIN/CLARENCE THOS |
| BEG DATE: 09/01/10 | | CLOSE DATE: 09/08/10 |

| ENTRY DT | PRCHS DT | TRAN DESC | | AMOUNT | BALANCE |
|---|---|---|---|---|---|
| 09/01/10 | 09/01/10 | DIVIDEND | | .01 | 13.38 |
| 09/03/10 | 09/03/10 | US TREASURY 303 | SOC SEC | 704.00 | 717.38 |
| 09/03/10 | 09/03/10 | (SHWI) | | -680.00 | 37.38 |
| | | *END OF LIST* | | | |

SIGNATURE _____ _____

Spartanburg County Treasurer's Office - Detailed Vehicle Tax Information



## *Spartanburg County Treasurer's Office*

266 North Church Street, Suite 300, Spartanburg, South Carolina 29303

(864) 596-2603

## Tax Year - 2010

### Detailed Vehicle Tax Information

| | | | |
|---|---|---|---|
| **Receipt #:** 912479-10-2 | | **Assessed Value:** $250.00 |
| **Owner(s) Name:** MARTIN CORA L | | **Tax Value:** $4,167.00 |
| **City/State:** ROEBUCK SC | | **Net Tax:** $109.85 |
| **Zip:** 29376-1186 | | **DMV Fee:** $00.00 |
| | | **Total Due:** $109.85 |
| **District:** 2LWCSF | | |
| **TownCode:** | | **Status:** Paid |
| **Levy:** 335.40 | | **Date Paid:** 08/31/10 |
| **Make:** MAZD | | **VIN:** *****5176 |
| **Year:** 2002 | | **Model:** YU091 |

© 2007 Spartanburg County Government. All Rights Reserved. Legal Disclaimer

Pay Taxes Online

S.C.-DOCUMENT OF REGISTRATION
S.C. DEPARTMENT OF MOTOR VEHICLES

MARCIA S. ADAMS
EXECUTIVE DIRECTOR

PLATE NUMBER DDA126          TITLE       770870179777848
PLATE CLASS    RP1            EQUIPMENT NO.
ISSUE DATE     09/01/2009     COUNTY      42
PLATE EXP.     08/2011        VEHICLE NO.  19529595
DECAL EXP.     08/2010        FLEET NUMBER
VIN            4F2YU09152KM55176
YEAR           2002
MAKE           MAZD
BODY           SU
MODEL          TRIBUT
VEHICLE TYPE   1
EMPTY / GVW    3292        / 0

CUSTOMER NO. 24460686
MARTIN, CORA L  OR
MARTIN, CLARENCE THOS
2118 LITTLE AFRICA RD
CHESNEE              SC    293239787    03791540

B6C (Official Form 6C) (4/10)

In re  Clarence Thomas Martin,                                    Case No.  __10-05817__
        Cora Landrum Martin

                                        Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
  ☐ 11 U.S.C. §522(b)(2)                                                 *with respect to cases commenced on or after the date of adjustment.)*
  ☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** <br> **1995 Fleetwood Springhill double wide Mobile Home and 1 acres located at 570 James Waddell Circle, Chesnee, South Carolina in Spartanburg County.  Spartanburg County Tax Map # 2 05-00 003.05. Spartanburg County Tax assessed value of mobile home is  $32,400.00 and for lot is $4,600.00.  This debtors primary residence. This property is also known as 2118 Little Africa Road, Chesnee South Carolina in Spartanburg County. Arreage $7943.00. Payment to resume September 2010 in the amount of $364.00.** | S.C. Code Ann. § 15-41-30(A)(1) | 48,025.00 | 44,000.00 |
| **Wearing Apparel** <br> **2 wedding rings, neckless, bracelet  2 glasses, & misc. costume jewelry** | S.C. Code Ann. § 15-41-30(A)(4) | 2,150.00 | 455.00 |
| **Interests in Insurance Policies** <br> **Term life throught state retirement** | S.C. Code Ann. § 15-41-30(A)(8) | 100% | 0.00 |
| **Annuities** <br> **Social Security @ $704.00 per month** | S.C. Code Ann. § 15-41-30(A)(11)(a) | 100% | Unknown |
| Social Security @ $806.00 per month | S.C. Code Ann. § 15-41-30(A)(11)(a) | 100% | Unknown |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** <br> **SC State Retirement $724.00 per month** | S.C. Code Ann. § 9-1-1680 | 100% | Unknown |
| SC State retirement 728.00 per month | S.C. Code Ann. § 9-1-1680 | 100% | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** <br> **2002 Mazda Tribute VIN # 4F2YU09152KM55176 with 147,903 plus miles** | S.C. Code Ann. § 15-41-30(A)(2) | 5,350.00 | 4,125.00 |
| **Other Exemptions** <br> **Average cash on hand, Founder FCU checking & savings account** | S.C. Code Ann. § 15-41-30(A)(5) | 5,350.00 | 250.00 |
| Household goods & services and clothings | S.C. Code Ann. § 15-41-30(A)(3) | 8,550.00 | 6,045.00 |
| Wild card for Debtor wife derived from debtor unused portion of homestead exemption | S.C. Code Ann. § 15-41-30(A)(7) | 5,350.00 | 5,350.00 |
| Wild card for debtor Husband derived from debtors unused portion of liquid assets, Jewlery, and Household goods & exemptions | S.C. Code Ann. § 15-41-30(A)(7) | 5,350.00 | 5,350.00 |
| Cleaning suppies for debtor husband's cleaning business | S.C. Code Ann. § 15-41-30(A)(6) | 1,550.00 | 260.00 |
| | | **Total:** 81,675.00 | 65,835.00 |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re   **Clarence Thomas Martin,**
     **Cora Landrum Martin**
                          Debtors

Case No. **10-05817**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. <br><br> CitiMortgage, Inc. <br> PO Box 9438 <br> Dept. 0251 <br> Gaithersburg, MD 20898-9438 | | | W | | April 1998 <br> First Mortgage Arrearage $7943.00 <br> 1995 Fleetwood Springhill double wide Mobile Home and 1 acres located at 570 James Waddell Circle, Chesnee, South Carolina in Spartanburg County. <br> Spartanburg County Tax Map # 2 05-00 003.05. Spartanburg County Tax <br><br> Value $       44,000.00 | | | | 54,955.00 | 10,955.00 |
| Account No. <br><br> Riley Pope & Laney, LLC <br> 2838 Devine Street <br> Post Office Box 11412 <br> Columbia, SC 29211 | | | | | Additional Address for: <br> CitiMortgage, Inc. <br><br> Value $ | | | | Notice Only | |
| Account No. <br><br> Financial Trust Inc. <br> 1600 John B. White Blvd., Ste. 1005 <br> Spartanburg, SC 29301-4436 | | | | J | 1998 Chrysler Cirrus with blown motor <br> Debtors will surrender. <br><br> Value $       500.00 | | | | 4,962.00 | 4,462.00 |
| Account No. <br><br> Financial Trust Inc. <br> 1600 John B. White Blvd., Ste. 1005 <br> Spartanburg, SC 29301-4436 | | | | J | Non-Purchase Money Security <br><br> Household Goods - avoid lien <br><br> Value $       0.00 | | | | 658.00 | 658.00 |
| **2**   continuation sheets attached | | | | | Subtotal <br> (Total of this page) | | | | 60,575.00 | 16,075.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re   **Clarence Thomas Martin,**
      **Cora Landrum Martin,**
                                    Debtors

Case No. ____**10-05817**____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Judgment filed April 2008 | | | | | |
| Gregory Johnson Sr. 130 Nash Rd. Moore, SC 29369 | | W | | | | | X | | |
| | | | | Value $       0.00 | | | | 1,800.00 | 1,800.00 |
| Account No. | | | | Refinanced from foothills ford. | | | | | |
| Regional Finance 3906 Highway 9, Ste C Boiling Springs, SC 29316-8502 | | | J | 2002 Mazda Tribute VIN # 4F2YU09152KM55176 with 147,903 plus miles | | | | | |
| | | | | Value $       4,125.00 | | | | 4,501.00 | 376.00 |
| Account No. | | | | Non-Purchase Money Security | | | | | |
| Regional Finance 3906 Highway 9, Ste C Boiling Springs, SC 29316-8502 | | W | | Household goods - avoid lien | | | | | |
| | | | | Value $       0.00 | | | | 1,001.00 | 1,001.00 |
| Account No. | | | | First Mortgage | | | | | |
| Resurgent Capital Services P.O. Box 10584 Greenville, SC 29603-0584 | | W | | One acre lot located at 575 James Waddell Circle, Chesnee, South Carolina in spartanburg County. Debtor purchased for $4,000.00. Debtor is several month behind arreage and payments will be place in plan. | | | | | |
| | | | | Value $       4,000.00 | | | | 2,022.00 | 0.00 |
| Account No. 0280918004 | | | | | | | | | |
| Resurgent Mortgage Servicing PO Box 10826 Greenville, SC 29603-0826 | | | | Additional Address for: Resurgent Capital Services | | | | Notice Only | |
| | | | | Value $ | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 9,324.00 | 3,177.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re   **Clarence Thomas Martin,**
          **Cora Landrum Martin**

                                     Debtors

Case No.  **10-05817**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WP Clark/Ezell Properties**<br>**500 College Drive**<br>**Spartanburg, SC 29303** | | J | **First Mortgage**<br>**1968 Fleetwood mobile home single wide located at 515 James Waddell Circle, Chesnee, South Carolina.**<br>**Debtors purchase property on November 26, 2010.**<br>**Debtor is in arrears by $1300.00. This is all that is owed and will be paid through** | | | | | |
| | | | Value $       **3,900.00** | | | | 1,300.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,300.00 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 71,199.00 | 19,252.00 |

Best Case Bankruptcy



# Spartanburg County
# Seventh Judicial Circuit
# Public Index



<u>Back</u>                          <u>New Search</u>                          <u>County Home Page</u>

## Gregory Johnson Jr. VS Cora Martin

**Case Number:** 2008CV4210101347     **Court Agency:** Spartanburg Magistrate     **Filed Date:** 02/12/2008

**Case Type:** Civil     **Case Sub Type:** Summons & Complaint     **File Type:**

**Status:** Judgment     **Assigned Judge:** Willingham, James Donnie

**Disposition:** Default Judgment     **Disposition Date** 04/30/2008     **Disposition Judge:** Willingham, James Donnie

**Original Source Doc:**     **Original Case #:**

**Judgment Number:** 2008CV4210101347

**Parties** | Judgments | Actions | Associated Cases

## Parties

| Name | Address | Race | Sex | Date of Birth | Party Type Description | Status |
|------|---------|------|-----|---------------|------------------------|--------|
| Johnson, Gregory Jr. | 130 Nash Road Moore SC 29369 | | | | Plaintiff | Active |
| Martin, Cora | 2118 Little Africa Road Chesnee SC 29323 | | | | Defendant | Active |

CMS 5.5.07.02
© 2008 South Carolina Judicial Department • All rights reserved

B6E (Official Form 6E) (4/10)

In re    **Clarence Thomas Martin,**            Case No. _____**10-05817**_____
         **Cora Landrum Martin**
                                                           ,
                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

**3** ___ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Clarence Thomas Martin,**
**Cora Landrum Martin**
                                                    Case No. ___**10-05817**_____
_____
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C  Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.  **Elzzie Belle Martin** **935  S. Liberty St. Apt. C** **Spartanburg, SC 29306** | | H | **Alimony $315.00 per month** | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet __1__ of __3__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | Subtotal (Total of this page) | | | | 0.00 | 0.00 | 0.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Clarence Thomas Martin,**
       **Cora Landrum Martin**

Case No. __**10-05817**_____

Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Attorney Fees | | | | | |
| **The Cooper Law Firm** **3523 Pelham Road** **Suite B** **Greenville, SC 29615** | J | | | | | | | | 0.00 |
| | | | | | | | | 1,774.00 | 1,774.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet  **2**  of  **3**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 1,774.00 | 1,774.00 |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Clarence Thomas Martin,**
         **Cora Landrum Martin**

Case No. ___**10-05817**___

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | This creditor filed a proof of claim on 8/28/10 for a $25,266.00 debt based upon unfiled joint 2009 tax return which debtors dispute. | | | | | 7,948.00 |
| **Internal Revenue Service Centralized Insolvency Operation PO Box 21126 Philadelphia, PA 19114** | J | | | | | X | 7,948.00 | 0.00 |
| Account No. | | | For Notice Only | | | | | 0.00 |
| **SC Dept of Rev. & Tax PO Box 12265 Columbia, SC 29211** | J | | | | | | 0.00 | 0.00 |
| Account No. | | | For notice only | | | | | 0.00 |
| **Spartanburg County of Tax Collector 366 North Church Street Suite 400 P.O.Box 3060 Spartanburg, SC 29303** | J | | | | | | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **3** of **3** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 7,948.00 / 7,948.00 ___ 0.00 |
| | Total (Report on Summary of Schedules) | 7,948.00 / 9,722.00 ___ 1,774.00 |

B6F (Official Form 6F) (12/07)

In re  **Clarence Thomas Martin,**
**Cora Landrum Martin**

Case No. ___**10-05817**_____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collections for Mary Black Health System accounts | | | | |
| **Absolute Collection Services**<br>**421 Fayetteville Street**<br>**Suite 600**<br>**Raleigh, NC 27601-1792** | | J | | | | | 281.00 |
| Account No. | | | Collections for Regional Emergency Med accounts | | | | |
| **Amerifinancial Solutions**<br>**P.O. Box 7900**<br>**Sparks Glencoe, MD 21152-7900** | | H | | | | | 58.00 |
| Account No. | | | Collections for Regional Emergency Med accounts | | | | |
| **Amerifinancial Solutions**<br>**P.O. Box 7900**<br>**Sparks Glencoe, MD 21152-7900** | | H | | | | | 15.00 |
| Account No. | | | services | | | | |
| **Carolina Vision Associates**<br>**180 North Dean Street**<br>**Spartanburg, SC 29302** | | H | | | | | 24.00 |
| __7__   continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 378.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clarence Thomas Martin,**                                    Case No. _____**10-05817**_____
         **Cora Landrum Martin**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Carolina Vision Associates** <br> **180 North Dean Street** <br> **Spartanburg, SC 29302** | | W | | | | | | 200.00 |
| Account No. <br><br> **CHECK N GO** <br> **2510 boiling Springs  Road** <br> **Suite C** <br> **Greenville, SC 29616** | | J | | Cash Advance | | | | 175.00 |
| Account No. <br><br> **CHECK N GO** <br> **2510 boiling Springs  Road** <br> **Suite C** <br> **Greenville, SC 29616** | | J | | Cash Advance | | | | 200.00 |
| Account No. <br><br> **CREDIT FINANCIAL SERVICES** <br> **3800 Guess Rd.** <br> **Durham, NC 27705-1506** | | H | | Collections for Charles S. Bebko DMD accounts | | | | 221.00 |
| Account No. <br><br> **Credit One Bank** <br> **PO Box 98873** <br> **Las Vegas, NV 89193-8873** | | W | | Unsecured Credit Card Debt | | | | 561.00 |

Sheet no.  **1**   of  **7**   sheets attached to Schedule of                    Subtotal                    1,357.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Clarence Thomas Martin,**
        **Cora Landrum Martin**                                    Case No. ___**10-05817**___

_____
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| **Account No.** | | | | returned check | | | | |
| Cross Check 5119 State Farm Drive Rohnert Park, CA 94928-2146 | | H | | | | | | 120.00 |
| **Account No.** | | | | 2001 Dodge Stratus repossessed possible deficiency | | | | |
| Drive Financial Services P.O. Box 560583 Dallas, TX 75356 | | J | | | | | | 4,000.00 |
| **Account No.** | | | | Unsecured Credit Card Debt | | | | |
| First Premier 3820 N. Louise Ave. Sioux Falls, SD 57107-0145 | | J | | | | | | 415.00 |
| **Account No.** | | | | Unsecured Credit Card Debt | | | | |
| First Premier 3820 N. Louise Ave. Sioux Falls, SD 57107-0145 | | W | | | | | | 250.00 |
| **Account No.** | | | | 2002 mazda this loan was refinanced. | | | | |
| Foothills Ford Hwy 221 Chesnee, SC | | J | | | | | X | 1,371.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      6,156.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clarence Thomas Martin,**
**Cora Landrum Martin**

Case No. ___**10-05817**___

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | 2002 Mercury Marquis and 2000 Ford Tarus both repod | | | | |
| **Ford Motor Credit Company** **National Bankruptcy Service Center** **P.O. Box 537901** **Livonia, MI 48153-7901** | | J | | | | | | | 8,530.00 |
| Account No. | | | | | Unsecured Credit Card Debt | | | | |
| **HSBC Bank NV** **P.O. Box 98706** **Las Vegas, NV 89193-8706** | | W | | | | | | | 100.00 |
| Account No. | | | | | Collections for Westside Diagnostics accounts | | | | |
| **Managed Recovery System** **301 Mills Avenue** **Greenville, SC 29605-4021** | | W | | | | | | | 34.00 |
| Account No. | | | | | Collections for Westside Dianostics accounts | | | | |
| **Managed Recovery System** **301 Mills Avenue** **Greenville, SC 29605-4021** | | W | | | | | | | 30.00 |
| Account No. | | | | | Collections for Piedmont Internal Med. accounts | | | | |
| **Managed Recovery System** **301 Mills Avenue** **Greenville, SC 29605-4021** | | W | | | | | | | 105.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,799.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clarence Thomas Martin,**
         **Cora Landrum Martin**                                    Case No.    **10-05817**

_____
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Collections for Piedmont Internal Med. accounts | | | | |
| **Managed Recovery System** **301 Mills Avenue** **Greenville, SC 29605-4021** | | W | | | | | 135.00 |
| Account No. | | | Collections for Mary Black Memorial Hospital accounts | | | | |
| **MEDICAL DATA SYSTEMS** **C/O LEGAL DEPT** **PO BOX 938** **2001 9TH AVE, STE 312** **Vero Beach, FL 32960-6413** | | H | | | | | 765.00 |
| Account No. | | | Collections for Mary Black Memorial Hospital accounts | | | | |
| **MEDICAL DATA SYSTEMS** **C/O LEGAL DEPT** **PO BOX 938** **2001 9TH AVE, STE 312** **Vero Beach, FL 32960-6413** | | H | | | | | 88.00 |
| Account No. | | | Collections for unknown accounts | | | | |
| **Midland Credit Management** **8875 Aero Dr., Ste. 200** **San Diego, CA 92123-2255** | | W | | | | | 3,792.00 |
| Account No. | | | Unsecured Credit Card Debt | | | | |
| **Palisades** **210 Sylvan Avenue** **Englewood Cliffs, NJ 07632-2524** | | H | | | | | 7,244.00 |

Sheet no. **4** of **7** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    12,024.00

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clarence Thomas Martin,**
      **Cora Landrum Martin**
_____

Case No. ___**10-05817**_____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Dental bill | | | | |
| **Palmetto Denture Care, P.A.** **975 N. Church St.** **Spartanburg, SC 29302** | | J | | | | | **200.00** |
| Account No. | | | Cash Advance | | | | |
| **Pay Day Cash** **644 B Magnolia St** **Spartanburg, SC 29306** | | J | | | | | **600.00** |
| Account No. | | | Cash advance | | | | |
| **Pay Day Loan** **628 B Magnolia St.** **Spartanburg, SC 29306** | | J | | | | | **300.00** |
| Account No. | | | Personal loan | | | | |
| **Quick Credit Corp SC 141** **435 E. Main St., Ste 5** **Spartanburg, SC 29302-1965** | | W | | | | | **636.00** |
| Account No. | | | Potential deficiency on repo'd vehicle. | | | | |
| **Santander Consumer USA** **8585N. Stemmons Fwy St.** **Dallas, TX 75247-3836** | | J | | | | | **7,875.00** |

Sheet no. _**5**_ of _**7**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,611.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clarence Thomas Martin,**
       **Cora Landrum Martin**

Case No.   **10-05817**

                       Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | W | Collections for unknown accounts | | | | |
| **Security Credit Services** 2623 W. Oxford Loop Oxford, MS 38655-5442 | | | | | | | 561.00 |
| Account No. | | J | Unsecured loan | | | | |
| **SOUTHERN FINANCE** 435 E MAIN ST STE 3 Spartanburg, SC 29302 | | | | | | | 446.00 |
| Account No. | | J | Collections for unknown accounts | | | | |
| **Tigertranz** 5330 Ringgold Road Suite A P.O. Box 80217 Chattanooga, TN 37412-3151 | | | | | | | 217.00 |
| Account No. | | W | Personal loan | | | | |
| **Titan Financial Group** 5901 Peachtree Dunwoody Rd. Atlanta, GA 30328-5382 | | | | | | | 100.00 |
| Account No. | | J | Collections for unknown accounts | | | | |
| **Vital Recovery Services, inc.** P.O. Box 923747 Norcross, GA 30010-3747 | | | | | | | 1,070.00 |

Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,394.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Clarence Thomas Martin,**
       **Cora Landrum Martin**

Case No.    **10-05817**

               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **World Finance** **ATTN: Direct Disputes** **PO Box 6429** **Greenville, SC 29606** | | J | | | | | 770.00 |
| Account No. | | | | | | | |
| **Zenith Acquistion** **170 Northpointe Pkwy S** **Amherst, NY 14228-1884** | | J | | | | | 303.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,073.00 |
| | Total (Report on Summary of Schedules) | 41,792.00 |

Best Case Bankruptcy



# Spartanburg County
# Seventh Judicial Circuit
# Public Index



Back                                    New Search                                    County Home Page

## CITIFINANCIAL VS CORA MARTIN

**Case Number:** 2001CV4210105953     **Court Agency:** Spartanburg Magistrate     **Filed Date:** 06/15/2001

**Case Type:** Civil     **Case Sub Type:** Summons & Complaint     **File Type:**

**Status:** Judgment     **Assigned Judge:** Hall, Robert Baker

**Disposition:** Default Judgment     **Disposition Date** 07/26/2001     **Disposition Judge:** Hall, Robert Baker

**Original Source Doc:**     **Original Case #:**

**Judgment Number:** 2001CV4210105953

| Parties | **Judgments** | Actions | Associated Cases |

## Judgments

| For: | Citifinancial | Against: | Martin, Cora | Judg. Amount: | $4,965.00 | Judgment Date: | 07/26/2001 |
|------|---------------|----------|--------------|---------------|-----------|----------------|------------|

**Description:** Judgment/Judgment **Disposition:**     **Disp. Date:**

**Notes:** None

| Claims Code | Detail Desc. | Detail Amount | Detail Date |
|-------------|--------------|---------------|-------------|
| JGM | Judgment | $4,965.00 | 07/26/2001 |

CMS 5.5.07.02
© 2008 South Carolina Judicial Department • All rights reserved

B6G (Official Form 6G) (12/07)

In re    **Clarence Thomas Martin,**
        **Cora Landrum Martin**

                                    Debtors

Case No.    **10-05817**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0
      continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re    **Clarence Thomas Martin,**                                    Case No.   __10-05817__
         **Cora Landrum Martin**

                                          Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Clarence Thomas Martin**
     **Cora Landrum Martin**                     Case No.   **10-05817**
                                      Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Self Employed** | |
| Name of Employer | **Martin Cleaning Service** | **Retired** |
| How long employed | **1 month** | |
| Address of Employer | **2118 Little Africa Road**<br>**Chesnee, SC 29323** | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| | | | |
| 3. SUBTOTAL | | $ 0.00 | $ 0.00 |
| | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|    a.  Payroll taxes and social security | | $ 0.00 | $ 0.00 |
|    b.  Insurance | | $ 0.00 | $ 0.00 |
|    c.  Union dues | | $ 0.00 | $ 0.00 |
|    d.  Other (Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 0.00 |
| | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 263.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of<br>     dependents listed above | | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance<br>(Specify):   **Social Security** | | $ 704.00 | $ 806.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 728.00 | $ 724.00 |
| 13. Other monthly income<br>(Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 1,695.00 | $ 1,530.00 |
| | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 1,695.00 | $ 1,530.00 |
| | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 3,225.00 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
     **None anticipated.**

B6J (Official Form 6J) (12/07)

In re    **Clarence Thomas Martin**
      **Cora Landrum Martin**                   Case No.    **10-05817**
                         Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 364.00 |
|    a. Are real estate taxes included?   Yes ___   No **X** | | |
|    b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 196.00 |
|            b. Water and sewer | $ | 42.00 |
|            c. Telephone | $ | 96.00 |
|            d. Other   **Gas heating & cooking** | $ | 68.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 58.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 59.00 |
| 6. Laundry and dry cleaning | $ | 41.00 |
| 7. Medical and dental expenses | $ | 280.00 |
| 8. Transportation (not including car payments) | $ | 201.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 18.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|            a. Homeowner's or renter's | $ | 46.00 |
|            b. Life | $ | 0.00 |
|            c. Health | $ | 234.00 |
|            d. Auto | $ | 61.00 |
|            e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)   **See Detailed Expense Attachment** | $ | 105.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|            a. Auto | $ | 0.00 |
|            b. Other | $ | 0.00 |
|            c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 315.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **cable TV** | $ | 46.00 |
|      Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 2,730.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
     **None anticipated.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,225.00 |
| b.   Average monthly expenses from Line 18 above | $ | 2,730.00 |
| c.   Monthly net income (a. minus b.) | $ | 495.00 |

B6J (Official Form 6J) (12/07)

In re    **Clarence Thomas Martin**
      **Cora Landrum Martin**
<br>Debtor(s)

Case No.    **10-05817**

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Specific Tax Expenditures:**

| | |
|---|---:|
| Vehicle property taxes | $ 32.00 |
| Real property taxes | $ 73.00 |
| **Total Tax Expenditures** | $ **105.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of South Carolina

In re   **Clarence Thomas Martin**
       **Cora Landrum Martin**

                                             Debtor(s)

Case No.   **10-05817**
Chapter    **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date     9/11/10                    Signature   **/s/ Clarence Thomas Martin**
                                                 **Clarence Thomas Martin**
                                                 Debtor

Date     9/11/10                    Signature   **/s/ Cora Landrum Martin**
                                                 **Cora Landrum Martin**
                                                 Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
### District of South Carolina

In re   Clarence Thomas Martin
       Cora Landrum Martin                                 Case No.   **10-05817**

                                      Debtor(s)               Chapter      **13**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,574.00** | **2008 income wages** |
| **$263.00** | **Martin cleaning business just started last month YTD 2010** |

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$17,428.00** | **Pensions 2009** |

2

| AMOUNT | SOURCE |
|---|---|
| $16,741.00 | Pensions 2008 |
| $20,470.00 | Social Security income 2009 |
| $19,198.00 | Social Security income 2008 |
| $12,798.00 | Social security YTD 2010 |
| $12,080.00 | Pension YTD 2010 |
| $1,750.00 | Federal & state tax refunds 2008 |
| $336.00 | Federal & State tax refund 2009 |

---

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
□

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Ezell Porperties vs. Cora Martin 2010 470 | Order to Vacate or Show cause | In the Magistrate Court of District 13 Spartanburg County South Carolina | Stayed by Bankruptcy |
| CitiMortgage, Inc. vs. Cora L. Martin.... | Foreclosure | State of South Carolina Spartanburg County Court of Common Pleas | Stayed by Bankruptcy |

---

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **The Cooper Law Firm** 3523 Pelham Rd., Suite B Greenville,, SC 29615 | 08/13/2010 | **$1,226.00 attoney fees** **$1674.00 over plan** |
| **Cricket Debt Counseling** | 08/13/10 | **$36.00 credit counseling** |

### 10. Other transfers

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

### 18 . Nature, location and name of business

None ☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Martin Cleaning Service** | 4351 | **2118 Little Africa Road Chesnee, SC 29323** | **Cleaning offices and homes** | **July 2010 to Present** |

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                        ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None ■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED

None ■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                        ADDRESS

None ■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                        DATE ISSUED

7

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND

TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____9/11/10_____     Signature  **/s/ Clarence Thomas Martin**
                                            **Clarence Thomas Martin**
                                            Debtor

Date _____9/11/10_____     Signature  **/s/ Cora Landrum Martin**
                                            **Cora Landrum Martin**
                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B22C (Official Form 22C) (Chapter 13) (04/10)

| | |
|---|---|
| In re **Clarence Thomas Martin**<br>**Cora Landrum Martin**<br>Debtor(s)<br>Case Number: **10-05817**<br>(If known) | According to the calculations required by this statement:<br>■ The applicable commitment period is 3 years.<br>☐ The applicable commitment period is 5 years.<br>☐ Disposable income is determined under § 1325(b)(3).<br>■ Disposable income is not determined under § 1325(b)(3).<br>(Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
## AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. REPORT OF INCOME | | |
|---|---|---|---|
| 1 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ **Unmarried. Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. ■ **Married. Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br><br>Debtor's<br>Income | **Column B**<br><br>Spouse's<br>Income |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $       0.00 | $       0.00 |
| 3 | **Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$     263.00</td><td>$       0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary business expenses</td><td>$       0.00</td><td>$       0.00</td></tr><tr><td>c.</td><td>Business income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $     263.00 | $       0.00 |
| 4 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**<br><table><tr><td></td><td></td><td>Debtor</td><td>Spouse</td></tr><tr><td>a.</td><td>Gross receipts</td><td>$       0.00</td><td>$       0.00</td></tr><tr><td>b.</td><td>Ordinary and necessary operating expenses</td><td>$       0.00</td><td>$       0.00</td></tr><tr><td>c.</td><td>Rent and other real property income</td><td colspan="2">Subtract Line b from Line a</td></tr></table> | $       0.00 | $       0.00 |
| 5 | **Interest, dividends, and royalties.** | $       0.00 | $       0.00 |
| 6 | **Pension and retirement income.** | $     728.00 | $     724.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $       0.00 | $       0.00 |
| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><table><tr><td>Unemployment compensation claimed to be a benefit under the Social Security Act</td><td>Debtor $       0.00</td><td>Spouse $       0.00</td></tr></table> | $       0.00 | $       0.00 |

B22C (Official Form 22C) (Chapter 13) (04/10)                                                                     2

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | | | |
|---|---|---|---|---|---|
| | | Debtor | Spouse | | |
| | a. | $ | $ | | |
| | b. | $ | $ | $ 0.00 | $ 0.00 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | | | $ 991.00 | $ 724.00 |
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | | $ | 1,715.00 |

## Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD

| 12 | Enter the amount from Line 11 | | $ 1,715.00 |
|---|---|---|---|
| 13 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 13 | | $ 0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | | $ 1,715.00 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | | $ 20,580.00 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | | |
| | a. Enter debtor's state of residence: **SC**    b. Enter debtor's household size: **2** | | $ 51,191.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br> ■ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br> ☐ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | | |

## Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME

| 18 | Enter the amount from Line 11. | | $ 1,715.00 |
|---|---|---|---|
| 19 | **Marital Adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income(such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 19. | | $ 0.00 |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | | $ 1,715.00 |

B22C (Official Form 22C) (Chapter 13) (04/10)                                                                                              3

| 21 | **Annualized current monthly income for § 1325(b)(3).** Multiply the amount from Line 20 by the number 12 and enter the result. | $ | 20,580.00 |
| 22 | **Applicable median family income.** Enter the amount from Line 16. | $ | 51,191.00 |
| 23 | **Application of § 1325(b)(3).** Check the applicable box and proceed as directed.<br>☐ **The amount on Line 21 is more than the amount on Line 22.** Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br>■ **The amount on Line 21 is not more than the amount on Line 22.** Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement. **Do not complete Parts IV, V, or VI.** | | |

| | **Part VII. VERIFICATION** | |
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* | |

Date: _____          Signature:  **/s/ Clarence Thomas Martin**
                                                        **Clarence Thomas Martin**
                                                             (Debtor)

Date: _____          Signature   **/s/ Cora Landrum Martin**
                                                        **Cora Landrum Martin**
                                                          (Joint Debtor, if any)

B22C (Official Form 22C) (Chapter 13) (04/10)                                                                                3

| | | Part VII. VERIFICATION | |
|---|---|---|---|
| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* <br><br> Date: _____ 9/11/10 _____ <br><br><br> Date: _____ 9/11/10 _____ | Signature: | /s/ Clarence Thomas Martin <br> **Clarence Thomas Martin** <br> (Debtor) <br><br> Signature  /s/ Cora Landrum Martin <br> **Cora Landrum Martin** <br> (Joint Debtor, if any) |